**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Elijah Baylock Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-002110

---

**ON WRIT OF CERTIORARI**

---

Appeal From Berkeley County
Deadra L. Jefferson, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-021
Submitted June 15, 2016 – Filed June 29, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Justin James Hunter, both of Columbia, for Respondent.

**PER CURIAM:** We granted Elijah Baylock Jr.'s petition for a writ of certiorari to review the dismissal of his application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**